UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                                    Case No. 18-11054
                                                          Honorable Pamela S. Hollis
Madeline Wilke                                            Chapter 13

### AGREED ORDER ALLOWING ATTORNEY FEES

At Chicago, Illinois, this 24th day of August 2018, before the Honorable Pamela S. Hollis, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the objection of Ally Financial, to confirmation of the Debtors' Chapter 13 Plan, due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Ally Financial shall be allowed attorney fees in the amount of $500.00 pursuant to Illinois State law, the retail installment contract dated March 11, 2017, for the 2015 CHEVROLET CRUZE, VIN: 1G1PE5SB5F7241346 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That this order shall act to amend Ally Financial's proof of claim to add the allowed attorney fees of $500.00 for a total secured claim of $14,412.49 for Ally Financial.

ENTER:

DATE: _____          _____
                                      Bankruptcy Judge

_____/s/ James M. Philbrick_____   _____
James M. Philbrick                     Attorney for Debtors
Attorney for **Ally Financial**
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois  60060
847/949-5290
Fax: 847/949-5690