## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Pamela S. Hollis

**Date** November 9, 2018

**Bankruptcy Case No.** 18 B 11054

**Adversary No.**

**Title of Case** Madeline Wilke

**Brief Statement of Motion** Motion for relief from stay by SunTrust Bank.      (EOD #36)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

IT IS HEREBY ORDERED that the motion for relief from stay by SunTrust Bank is denied for failure to provide said draft order within fourteen (14) days.

Pamela S Hollis